23-2017

| No | IP | Port | Client | Hit Date UTC | File Name |
|---|---|---|---|---|---|
| 1 | 24.11.82.95 | 6881 | [unknown Client] | 2016-10-02 01:01:57 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 2 | 73.228.82.158 | 46328 | libtorrent 1.1.0 | 2016-10-02 02:41:14 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 3 | 24.10.157.52 | 50321 | [unknown Client] | 2016-10-02 03:18:59 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 4 | 67.164.249.56 | 6881 | libtorrent 1.1.0 | 2016-10-02 03:32:54 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 5 | 73.131.214.164 | 6881 | [unknown Client] | 2016-10-02 04:51:54 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 6 | 73.228.86.14 | 6884 | [unknown Client] | 2016-10-02 04:52:32 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 7 | 73.65.248.95 | 46076 | [unknown Client] | 2016-10-02 05:00:25 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 8 | 67.171.127.131 | 6881 | libtorrent 1.1.0 | 2016-10-02 05:40:02 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 9 | 50.186.125.200 | 48959 | [unknown Client] | 2016-10-02 05:51:59 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 10 | 73.52.168.96 | 46316 | [unknown Client] | 2016-10-02 06:56:01 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 11 | 50.160.49.75 | 6883 | [unknown Client] | 2016-10-02 08:11:38 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 12 | 67.186.235.86 | 6881 | [unknown Client] | 2016-10-02 08:47:28 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 13 | 67.182.234.195 | 50321 | [unknown Client] | 2016-10-02 10:42:08 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 14 | 73.20.2.124 | 45066 | [unknown Client] | 2016-10-02 11:27:06 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 15 | 67.161.208.235 | 6881 | [unknown Client] | 2016-10-02 15:33:52 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 16 | 98.202.138.60 | 51952 | µTorrent 2.2.1 | 2016-10-02 16:22:01 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 17 | 71.199.16.171 | 6881 | [unknown Client] | 2016-10-02 16:29:58 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 18 | 73.228.74.115 | 6881 | libtorrent 1.1.0 | 2016-10-02 17:09:31 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 19 | 98.202.22.21 | 43426 | libtorrent 1.1.0 | 2016-10-02 17:42:29 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 20 | 98.202.38.204 | 6881 | libtorrent 1.1.0 | 2016-10-02 20:53:53 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 21 | 67.169.243.134 | 6881 | [unknown Client] | 2016-10-02 21:11:19 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 22 | 73.65.158.121 | 6881 | [unknown Client] | 2016-10-02 22:25:49 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 23 | 67.182.221.89 | 42519 | [unknown Client] | 2016-10-02 23:02:43 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 24 | 76.23.31.183 | 6881 | libtorrent 1.1.0 | 2016-10-02 23:12:27 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |
| 25 | 73.65.247.93 | 6884 | [unknown Client] | 2016-10-02 23:56:52 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv |

| File Hash | ISP | Region | City |
|---|---|---|---|
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Bountiful |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Magna |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Roy |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Farmington |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Provo |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Tremonton |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | West Jordan |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Taylorsville |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Pleasant Grove |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Logan |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Clearfield |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |
| SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Comcast Cable | Utah | Salt Lake City |